IN THE SUPREME COURT OF THE STATE OF KANSAS

No. 121,208

In the Matter of ANDREW M. DELANEY,
*Respondent.*

ORDER OF DISCHARGE FROM PROBATION

On November 26, 2014, the court suspended respondent Andrew Delaney's Kansas law license for six months. The court then suspended the imposition of that suspension and placed Delaney on two years' probation. *In re Delaney*, 300 Kan. 1090, 1101, 338 P.3d 11 (2014).

On December 6, 2019, while Delaney was still on probation, the court again suspended Delaney's law license, this time for one year. The court also again stayed imposition of that suspension and extended Delaney's probation for two years. See *In re Delaney*, 310 Kan. 1001, 453 P.3d 333 (2019).

On February 29, 2024, Delaney motioned the court for discharge from probation. See Supreme Court Rule 227(g)(1) (2023 Kan. S. Ct. R. at 284) (probation discharge). The Office of the Disciplinary Administrator (ODA) responded that Delaney has complied with his probation, confirmed Delaney's eligibility to be discharged from probation, and voiced no objection to such discharge.

This court notes the ODA's response, grants Delaney's motion, and fully discharges Delaney from probation. Accordingly, this disciplinary proceeding is closed.

1

The court orders the publication of this order in the Kansas Reports and assesses any remaining costs of this proceeding to Delaney.


Dated this 29th day of March 2024.